**IT IS ORDERED as set forth below:**



**Date: December 15, 2016**

_____

**C. Ray Mullins
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| HERMAN JEREL SMITH | ) | CASE NUMBER A15-66604-CRM |
| | ) | |
| DEBTORS | ) | |

### CONSENT ORDER ON TRUSTEE'S MOTION REQUESTING THE COURT REVIEW ATTORNEY FEES PURSUANT TO GENERAL ORDER NUMBER 6-2006 AND THE RIGHTS AND RESPONSIBILITIES OF DEBTOR'S ATTORNEY

The above styled matter came before the Court on December 6, 2016 at 10:00 a.m., on the Trustee's Motion Requesting the Court Review Attorney Fees Pursuant to General Order Number 6-2006 and The Rights and Responsibilities of Debtor's Attorney, hereinafter the Motion, for Debtor's Attorney failure to file a Bar Date Certification.  Pursuant to the Court's docket, the Debtor's Attorney had failed to file the Bar Date Certification required by this Court's General Order 6-2006 and the Rights and Responsibilities of Debtor's Attorney Item 12.  Debtor's Attorney complied with this requirement only after the Trustee filed this Motion despite receiving notification by the Trustee that said requirement must be fulfilled.

**IT IS ORDERED** that Debtor's Attorney shall disgorge fees in amount of $300.00.

The Clerk of the Court is directed to serve notice of this Order to the Debtor, Debtor's Attorney, and the Chapter 13 Trustee.

**END OF DOCUMENT**

CONSENTED TO BY:


__/s/_____
Julie M. Anania,
Attorney for Chapter 13 Trustee
GA Bar No. 477064
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201


___/s/_____
Lureece D. Lewis,
Attorney for Debtor
GA Bar No. 520077
The Cochran Firm
547 Ponce de Leon Avenue
Suite 150
Atlanta, GA 30308
*Signed by Julie M. Anania*
*with express permission*